**Walter Dean ERNEST, Petitioner–Appellant,**

v.

**David L. RUNNELS, Respondent–Appellee.**

**No. 07–17199.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Walter Dean Ernest, Susanville, CA, pro se.

Lisa Ashley Ott, Esq., AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

California state prisoner Walter Dean Ernest appeals pro se from the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

■ Ernest contends that the trial court violated his constitutional rights when it excluded evidence that the woman he was convicted of raping had been arrested three years earlier for prostitution, and that she had been terminated from her job. Because the excluded evidence he cites was not particularly probative or reliable, its exclusion by the trial court did not violate Ernest's right to due process. *See Christian v. Frank,* 595 F.3d 1076, 1085–86 (9th Cir.2010); *cf. Chia v. Cambra,* 360 F.3d 997, 1004 (9th Cir.2004). Accordingly, the California Court of Appeal's rejection of Ernest's claims was neither contrary to, nor an unreasonable application of, clearly established Supreme Court law. *See* 28 U.S.C. § 2254(d)(1).

■ Moreover, as the district court determined, any errors did not have a substantial and injurious effect on the jury's verdict in light of the overwhelming evidence of Ernest's guilt. *See Brecht v. Abrahamson,* 507 U.S. 619, 637, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).